

FILED
CLERK, U.S. DISTRICT COURT

JAN 20 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAMIREZ,<br><br>     Plaintiff,<br><br>     vs.<br><br>ERIC CERNAS,<br><br>     Defendant. | Case No. EDCV 15-00891-JAK (KES)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice.

DATED:   1/19/16

                                     JOHN A. KRONSTADT
                                     UNITED STATES DISTRICT JUDGE

1