JS-6

*FILED CLERK, U.S. DISTRICT COURT — JAN 20 2016 — CENTRAL DISTRICT OF CALIFORNIA — BY DEPUTY*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAMIREZ,<br><br>　　　　Plaintiff,<br>vs.<br><br>ERIC CERNAS,<br><br>　　　　Defendant. | Case No. EDCV 15-00891- JAK (KES)<br><br>JUDGMENT |

　　Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice.

DATED: 1/19/16

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE